NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTELLECT WIRELESS, INC.,**
*Plaintiff-Appellant,*

v.

**HTC CORPORATION AND HTC AMERICA, INC.,**
*Defendants-Appellees.*

---

2012-1658

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 09-CV-2945, Judge William T. Hart.

---

## ON MOTION

---

## ORDER

Intellect Wireless, Inc. moves to substitute Meredith Martin Addy as principal counsel.  Paul K. Vickrey will remain as of counsel for Intellect Wireless, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

INTELLECT WIRELESS, INC. V. HTC CORPORATION                    2

    The motion is granted. Meredith Martin Addy and Paul K. Vickrey should promptly file new entries of appearance.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s21